UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TIMOTRIA P. PASARIBU,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>                Defendants. | No. 5:26-cv-02337-SSS-DTBx<br><br>**ORDER** |

Pursuant to the Stipulation filed by the parties and the supporting Declaration of Haena Lee, and for good cause shown,

IT IS ORDERED that the time for Defendant to answer, move, or otherwise respond to the Complaint shall be extended to September 4, 2026.

Dated: July 6, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

1